COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | | |
|---|---|---|
| OFELIA VILLALOBOS, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF CESAR VERA, AND ON BEHALF OF ALL WRONGFUL DEATH BENEFICIARIES AND DIANA SERRANO AS NEXT FRIEND OF JULIA ARALE VERA, | § § § § § § | No. 08-14-00189-CV Appeal from the County Court at Law No. 6 of El Paso County, Texas (TC# 2013-DCV4428) |
| Appellants, | § | |
| V. | § | |
| EL PASO HEALTHCARE SYSTEM, LTD. D/B/A DEL SOL MEDICAL CENTER, | § § | |
| Appellee. | § | |
| | § | |

## MEMORANDUM OPINION

Pending before the Court is a joint motion to dismiss the appeal as moot because the parties have resolved the litigation in the underlying case. *See* TEX.R.APP.P. 42.1. We grant the motion and dismiss the appeal. Costs are taxed against the parties incurring them.

September 3, 2014

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.
Rivera, J. (Not Participating)